335

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68964.—Brechner Bros. v. United States, protest 64/18563 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of telescopes, not chiefly used for the amusement of children, and valued not over $2 each, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 21, 1964

No. 68965.—Antique Import Co. v. United States, protest 63/7684 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures, valued at $2.50 or more each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 22, 1964

No. 68966.—Strombeck-Becker Mfg. Co. and Hoyt, Shepston & Sciaroni et al. v. United States, protests 61/2621, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68967.—Aristo Craft Distinctive Miniatures v. United States, protests 63/21109—13978 (Chicago).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 68968.**—The Hipage Co., Inc. *v.* United States, protest 62/19839 (Norfolk).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues involved herein are the same in all material respects as those involved in *United States (Lansen-Naeve Corp. a/c Albert Klingelhofer, Party-in-Interest)* v. *Simon Saw & Steel Company* (51 CCPA 33, C.A.D. 834), the claim of the plaintiff was sustained.

**No. 68969.**—Aristo-Craft Distinctive Miniatures *v.* United States, protest 61/20560 (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 68970.**—Fox Custom House Brokers, Inc. *v.* United States, protests 61/22460, 61/22463, and 61/22464 (Cleveland).